IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY SPRINGFIELD,<br><br>Defendant. | CR 23-41-BLG-SPW-16<br><br>ORDER |

Upon the Defendant's Unopposed Motion to File Documents Under Seal (Doc. 386), and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion (Doc. 386) is **GRANTED**. Defendant's confidential treatment records shall be filed under seal.

DATED this 17th day of January, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1